991 A.2d 211

IN THE MATTER OF FELICIA B. RUSSELL,
AN ATTORNEY AT LAW.

July 1, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–360, concluding that **FELICIA B. RUSSELL** of **FORKED RIVER,** who was admitted to the bar of this State in 1982, should be admonished for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(c) (failure to explain matter to extent necessary to permit client to make informed decisions), and good cause appearing;

It is ORDERED that **FELICIA B. RUSSELL** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.